Case: 8:07-cv-00380-TDT   Document #: 7   Date Filed: 10/10/2007   Page 7 of 7

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

07 OCT 24 PM 12: 48

OFFICE OF THE CLERK

**IMPORTANT NOTICE: AFTER ALL PARTIES HAVE SIGNED THIS FORM, E-MAIL IT IN .PDF TO "consent@ned.uscourts.gov." DO NOT ELECTRONICALLY FILE THIS FORM OR SUBMIT IT TO CHAMBERS.**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| Sharon Braun, | ) | |
|---|---|---|
| Plaintiff | ) | Case Number: 8 : 07 CV 380 |
| | ) | |
| v. | ) | **CONSENT TO EXERCISE** |
| | ) | **OF JURISDICTION BY A** |
| | ) | **UNITED STATES MAGISTRATE JUDGE** |
| Antelope Memorial Hospital, | ) | |
| Defendant | ) | |

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| **Signature of Attorney or Party** | **Name of Party** | **Date** |
|---|---|---|
| [signature] | For Sharon Braun | 10-11-07 |
| [signature] | For Antelope Memorial Hosp. | 10-24-07 |
| | For | |
| | For | |
| | For | |