# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHARON BRAUN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV380 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ANTELOPE MEMORIAL HOSPITAL, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the parties' Stipulation for Dismissal with Prejudice (Filing No. 18). The court finds that the parties' joint stipulation should be granted.

**IT IS ORDERED** that the parties' joint stipulation (Filing No. 18) is granted and this case is dismissed with prejudice, each party to bear its own costs.

DATED this 10th day of March, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge